UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| STEVE ROLLINS, | ) | |
|---|---|---|
| Movant, | ) | |
| v. | ) | No. 4:16-CV-599 JCH |
| UNITED STATES OF AMERICA, | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. The Court ordered the Office of the Public Defender for the Eastern District of Missouri to file a notification in the Court whether or not it would represent movant in these proceedings. The response was due no later than June 13, 2016. Although counsel entered her appearance, she has not filed the response.

Accordingly,

**IT IS HEREBY ORDERED** that counsel for movant must notify the Court within seven (7) days of this Order whether she will represent movant in this matter.

Dated this ___15th___ day of July, 2016.

\s\ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE